# Court of Appeals
# of the State of Georgia

ATLANTA,  June 07, 2024

*The Court of Appeals hereby passes the following order:*

**A24D0347. DAVID RANDY SABBY v. THE STATE.**

David Sabby was convicted of aggravated child molestation and other crimes, and we affirmed his convictions on appeal in an unpublished opinion. *Sabby v. State*, Case No. A15A1105 (Nov. 20, 2015). Sabby later filed a motion in arrest of judgment, arguing among other things that the aggravated child molestation statute is unconstitutional. The trial court denied the motion, finding that Sabby's constitutional challenge was untimely because it was not made before the return of his guilty verdict.[1] Sabby filed a timely application for discretionary appeal in the Supreme Court, which transferred the matter here upon finding no basis for jurisdiction there. See Case No. S24D0978 (May 1, 2024).

"[A] trial court's ruling on a motion in arrest of judgment is normally directly appealable to whichever appellate court has subject-matter jurisdiction over the case." *Lay v. State*, 289 Ga. 210, 211 (2) (710 SE2d 141) (2011). And this Court will grant a timely application for discretionary appeal where the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, Sabby's application is hereby GRANTED.

---

[1] The court found that Sabby's motion in arrest of judgment was timely filed within the same term of court as his amended sentence.

He shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. See OCGA § 5-6-35 (g). The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  06/07/2024*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ *, Clerk.*